TEXFI INDUSTRIES v. CITY OF FAYETTEVILLE

No. 14 PC.

No. 126 (Spring Term 1980).

Case below: 44 N.C. App. 268.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 April 1980. Motion of defendants to dismiss appeal for lack of substantial constitutional question denied 1 April 1980. Petition by defendants for discretionary review under G.S. 7A-31 denied 1 April 1980.

TRUST CO. v. MARTIN

No. 2 PC.

Case below: 44 N.C. App. 261.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 April 1980. Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 April 1980.